The United States District Court For The
Eastern District of Louisiana

| | | |
|---|---|---|
| Michael Richardson | § | |
| | § | |
| v. | § | C.A. No. |
| | § | |
| BNSF Railway Company | § | Jury Trial Demanded |

## Complaint

To The Honorable Judge of Said Court:

Comes Now Michael Richardson, hereinafter referred to as Plaintiff, complaining of BNSF Railway Company ("BNSF"), herein referred to as Defendants, and for cause of action would show unto this Honorable Court as follows:

### I. Parties

1.       Plaintiff, Michael Richardson, is a resident and citizen of the State of Louisiana.  At all times material to this Complaint, Mr. Richardson was employed by BNSF.

2.       BNSF Railway Company is a foreign corporation doing business in the State of Louisiana.  BNSF may be served through its agent for service of process, **CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, Louisiana 70808.**

### II. Jurisdiction and Venue

3.       This Complaint is brought pursuant to the Federal Employers Liability Act ("FELA") 45 U.S.C. 51 *et seq*.  This Court has jurisdiction over this Complaint pursuant to 45 U.S.C. 56 and 28 U.S.C. 1331.

4.       BNSF resides in and is subject to personal jurisdiction in the Eastern District of Louisiana in that it has regular and systematic contact with this District.

5.       Venue is proper in this District pursuant to 28 U.S.C. 1391(b)(1)-(2) as BNSF resides

in this District, and a substantial portion of the events or omissions giving rise to this Complaint occurred in this District.

### III. Introduction

6.      On or about July 9, 2013, Mr. Richardson was employed by BNSF in its transportation department as a trainman, and was assigned to work in Avondale, Louisiana.  At that time and place, Mr. Richardson was walking in the track-side area performing his trainman duties when he stepped in a hole and injuring his back and other parts of his body.

### IV. Count I - FELA Negligence

7.      Mr. Richardson's action against BNSF arises under the provisions of the Federal Employers' Liability Act, 45 U.S.C. Section 51, to recover damages for personal injuries sustained by Plaintiff while employed by BNSF and while engaged in interstate commerce.  At all times mentioned in this complaint, BNSF was a common carrier by railroad, owning, operating, and maintaining in interstate commerce, a railway system involving railroad tracks and facilities located in the State of Louisiana.  At all relevant times, Mr. Richardson was an employee of BNSF and was in the course and of his employment with BNSF at the time of his injury.

8.      The injury to Mr. Richardson was due, in whole or in part, to the negligence of BNSF, its agents, servants or employees acting in the course and scope of their employment. Specifically, BNSF failed to provide Mr. Richardson with a reasonably safe place to work; failed to provide a reasonably safe walking area; failed to provide reasonably safe footing conditions; failed to properly inspect, maintain, and repair; failed to follow and enforce proper safety procedures and rules; failed to warn; and failed to follow industry standards.

## V. Count II - FELA Negligence *Per se*

9.      The injury to Mr. Richardson was due, in whole or in part, to BNSF's violation of federal safety statutes and regulations including, but not limited to, 49 C.F.R. 213.  BNSF's statutory and regulatory violations amount to negligence as a matter of law.  45 U.S.C. 53-54a.

## VI. Damages

10.     As a result of BNSF's negligence and/or negligence *per se*, Mr. Richardson suffered injury to his back and other parts of his body.  In all reasonable probability, Mr. Richardson will continue to suffer in this manner for a long time into the future, if not for the balance of his natural life.  The injury has had a serious effect on Mr. Richardson's health and well being.

11.     As a result of BNSF's negligence and/or negligence *per se*, Mr. Richardson has suffered the following damages:

   a.      Physical pain, suffering, and mental anguish in the past and future;

   b.      Lost earning and benefits in the past and loss of future earning capacity;

   c.      Physical impairment in the past and future;

   d.      Medical expenses in the past and future; and

   e.      Disfigurement in the past and future.

## VII. Prayer

WHEREFORE, Plaintiff Michael Richardson requests that Defendant BNSF Railway Company be summoned to appear and answer, and that on final jury trial, Plaintiff have:

   a.      Judgment against BNSF for a sum in excess of $75,000;

   b.      Post-judgment interest at the legal rate;

   c.      Costs of suit; and

d.      Such other and further relief, both at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

_____
Bristol Baxley, La. Bar No. 30199
ROME, ARATA & BAXLEY, LLC
9307 Broadway, Suite 309
Pearland, Texas 77584
Ph:     (281) 993-0000
Fax:    (281) 993-0035

and

Blake G. Arata, Jr., La. Bar No. 1697
C. Perrin Rome, La Bar No. 17774
W. Chad Stelly, La. Bar No. 21140
ROME, ARATA & BAXLEY, LLC
650 Poydras Street, Suite 2017
New Orleans, LA 70130
Ph:     (504) 522-9980
Fax:    (504) 522-9971

ATTORNEYS FOR PLAINTIFF