UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL RICHARDSON** | * | **CIVIL ACTION** |
| **PLAINTIFF,** | * | **NO. 13-5415 "K (2)"** |
| | * | |
| **VERSUS** | * | **JUDGE DUVAL** |
| | * | |
| **BNSF RAILWAY COMPANY** | * | **MAGISTRATE WILKINSON** |
| **DEFENDANT.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Plaintiff's Ex Parte', Unopposed Motion and Incorporated Memorandum for Extension of Time Within Which to Consummate Settlement,

**IT IS HEREBY ORDERED** that this Honorable Court will maintain jurisdiction over the captioned proceedings for an additional thirty days to allow the parties to consummate the settlement reached in the captioned proceedings.

New Orleans, Louisiana, this 4th day of November, 2015.

_____
**JUDGE**